### YOUMANS v. MORGAN.

LUMPKIN, J. No complaint having been made of any ruling of the court made during the trial, and the evidence being sufficient to authorize the verdict, there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

JULY 3, 1915.

Complaint for land. Before Judge Conyers. Jeff Davis superior court. May 15, 1914.

*S. D. Dell, J. C. Bennett,* and *J. M. Swain Jr.,* for plaintiffs in error.

*Grant & Rogers* and *W. W. Bennett,* contra.